UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MICHAEL WEISMILLER and )
DANI WEISMILLER, )
  )
     Plaintiffs, )
  ) No. 4:13-CV-2484 CAS
     v. )
  )
NATIONWIDE AFFINITY INSURANCE )
COMPANIES OF AMERICA, )
  )
     Defendant. )

## PARTIAL JUDGMENT

In accordance with the Order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendant Nationwide Affinity Insurance Companies of America and against plaintiffs Michael Weismiller and Dani Weismiller on Count II of plaintiffs' complaint.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 10th day of April, 2015